HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ESPRESSO SUPPLY, INC., a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SMARTCO INTERNATIONAL (HK) LIMITED, a limited liability company organized under the laws of Hong Kong; ETERNAL EAST (HK) LIMITED, a limited liability company organized under the laws of Hong Kong,<br><br>　　　　　　Defendants.<br><br>SMARTCO INTERNATIONAL (ASIA) LIMITED, a corporation organized under the laws of the British Virgin Islands; ETERNAL EAST (HK) LIMITED, a corporation organized under the laws of Hong Kong,<br><br>　　　　　　Counterclaimants,<br><br>　　v.<br><br>ESPRESSO SUPPLY, INC., a Washington corporation,<br><br>　　　　　　Counter Defendant. | NO. 2:21-cv-00663-RSM<br><br>ORDER GRANTING STIPULATION TO WITHDRAW AND SUBSTITUTE NEW COUNSEL FOR PLAINTIFF AND COUNTER DEFENDANT ESPRESSO SUPPLY, INC. |

ORDER GRANTING STIPULATION TO WITHDRAW AND SUBSTITUTE NEW COUNSEL FOR PLAINTIFF AND COUNTER DEFENDANT ESPRESSO SUPPLY, INC. - 1

{04632921.DOCX;1 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

THIS MATTER comes before the Court upon the parties' Stipulation to Withdraw and Substitute New Counsel for Plaintiff and Counter Defendant Espresso Supply, Inc.  The Court has reviewed the Stipulation, as well as the remainder of the record, and deems itself fully advised of the premises.  The Court finds good cause to grant the relief requested;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Elizabeth Sweet of Sweet Justice P.S. and Philip Talmadge of Talmadge/Fitzpatrick are withdrawn as counsel of record as of the date of this Order.
2. Aditi Paranjpye of Cairncross & Hempelmann, P.S. is substituted as counsel of record for Plaintiff and Counter Defendant Espresso Supply, Inc.

DATED this 5th day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO WITHDRAW AND SUBSTITUTE NEW COUNSEL FOR PLAINTIFF AND COUNTER DEFENDANT ESPRESSO SUPPLY, INC. - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04632921.DOCX;1 }

1  Presented by:

2  CAIRNCROSS & HEMPELMANN, P.S.

3

4    /s/ *Aditi Paranjpye*
Aditi Paranjpye, WSBA No. 53001

5  E-mail: aparanjpye@cairncross.com
524 Second Avenue, Suite 500

6  Seattle, WA 98104-2323

7  Telephone: (206) 587-0700
Facsimile: (206) 587-2308

8  *Substituting Attorneys for Plaintiff and Counter Defendant Espresso Supply, Inc.*

9  - and –

10  SWEET JUSTICE, P.S.

11

12    /s/ *Elizabeth Sweet*
Elizabeth Sweet, WSBA No. 23571

13  Email: elizabeth@sweetjusticenw.com
610 Market Street, Suite 100

14  Kirkland, WA 98033
Telephone: (425) 367-0290

15  *Withdrawing Attorney for Plaintiff*

16  *and Counter Defendant Espresso Supply, Inc*

17  - and –

18  TALMADGE/FITZPATRICK

19    /s/ *Philip A. Talmadge*

20  Philip A. Talmadge, WSBA No. 6973
Talmadge/Fitzpatrick

21  2775 Harbor Avenue SW
Third Floor, Suite C

22  Seattle, WA 98126

23  Telephone: (206) 574-6661
*Withdrawing Attorney for Plaintiff*

24  *and Counter Defendant Espresso Supply, Inc.*

25

26  - and -

ORDER GRANTING STIPULATION TO WITHDRAW AND SUBSTITUTE NEW COUNSEL FOR PLAINTIFF AND COUNTER DEFENDANT ESPRESSO SUPPLY, INC. - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04632921.DOCX;1 }

1  SQUIRE PATTON BOGGS LLP

2    /s/ Joseph A. Meckes
   _____
3  Joseph A. Meckes
   Email: joseph.meckes@squirepb.com
4  Squire Patton Boggs LLP
   475 Sansome St., 16th FL
5  San Francisco, CA 94111

6  *Pro Hac Vice Attorneys for Defendants and Counterclaimants Smartco International (HK) Limited, et al.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATION TO WITHDRAW AND SUBSTITUTE NEW COUNSEL FOR PLAINTIFF AND COUNTER DEFENDANT ESPRESSO SUPPLY, INC. - 4

{04632921.DOCX;1 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308