UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESPRESSO SUPPLY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SMARTCO INTERNATIONAL (HK) LIMITED, a limited liability company organized under the laws of Hong Kong; ETERNAL EAST (HK) LIMITED, a limited liability company organized under the laws of Hong Kong,<br><br>Defendants. | NO. 2:21-cv-00663-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES |

    This matter comes before the Court on Plaintiff's Motion to Continue Trial Date and Related Deadlines. Having reviewed that Motion, the associated declaration, and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Motion to Continue Trial Date and Related Deadlines is GRANTED.  This Order shall supersede Dkt. #67. The trial date is reset to January 8, 2024, and the Court orders the following pretrial deadlines:

| Event: | Date: |
|---|---|
| Joinder of Parties | 12/22/2022 |
| Amended Pleadings | 12/22/2022 |
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) | 6/23/2023 |
| Motions | 7/24/2023 |
| Discovery must be completed by | 8/23/2023 |
| All Dispositive Motions must be filed by | 9/21/2023 |
| 39.1 Mediation to be Completed | 11/6/2023 |
| All Motions in Limine must be filed by | 11/22/2023 |
| Agreed Pretrial Order due | 12/8/2023 |
| Trial Briefs, Proposed voir dire Questions, and Jury Instructions due | 12/15/2023 |
| Trial | 1/8/2024 |

IT IS SO ORDERED.

DATED this 28th day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE