Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESPRESSO SUPPLY, INC., a Washington corporation,<br><br>               Plaintiff,<br>  v.<br><br>SMARTCO INTERNATIONAL (HK) LIMITED, a limited liability company organized under the laws of Hong Kong; ETERNAL EAST (HK) LIMITED, a limited liability company organized under the laws of Hong Kong,<br><br>               Defendants. | No. 2:21-cv-00663-RSM<br><br>STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND RELATED DATES<br><br>**(Clerk's Action Required)**<br><br>**Note on Motion Calendar: July 12, 2023** |
| SMARTCO INTERNATIONAL (ASIA) LIMITED, a corporation organized under the laws of the British Virgin Islands; ETERNAL EAST (HK) LIMITED, a corporation organized under the laws of Hong Kong,<br><br>               Counter Claimants,<br>  v.<br><br>ESPRESSO SUPPLY, INC., a Washington corporation,<br><br>               Counter Defendant. | |

STIP. MOTION AND ORDER TO CONTINUE TRIAL AND RELATED DATES (No. 2:21-cv-00663-RSM)

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## I. STIPULATION

Plaintiff/Counter Defendant Espresso Supply, Inc. and Defendants/Counter Claimants Smartco International (Asia) Limited, Smartco International (HK) Limited, and Eternal East (HK) Limited (collectively, the "Parties"), by and through their undersigned counsel of record, stipulate as follows:

1. The Parties have been working diligently to explore the possibility of an early resolution of this case in order to avoid unnecessary expense.

2. The Parties had previously agreed to mediate this matter on July 13, 2023.

3. Due to Plaintiff's counsel's current trial schedule, the Parties have agreed to mediate this matter on September 18, 2023.

4. The Parties therefore request an equivalent number of days (67) extending the trial date and related pretrial deadlines.

5. The Parties agree that no party will be prejudiced and that the entry of an order granting this request is in the interest of judicial economy.

Therefore, the Parties respectfully request that the Court issue an order extending the trial date and related pretrial deadlines as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) | 10/02/2023 | 12/8/2023 |
| All Non-Dispositive Motions must be filed by | 10/25/2023 | 1/2/2024 |
| Discovery must be completed by | 11/30/2023 | 2/5/2024 |
| All Dispositive Motions must be filed by | 12/29/2023 | 3/5/2024 |
| 39.1 Mediation to be Completed | 2/16/2024 | 4/23/2024 |
| All Motions in Limine must be filed by | 2/29/2024 | 5/6/2024 |

STIP. MOTION AND ORDER TO CONTINUE TRIAL
AND RELATED DATES (No. 2:21-cv-00663-RSM) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

| | | |
|---|---|---|
| Agreed Pretrial Order due | 3/15/2024 | 5/21/2024 |
| Trial Briefs, Proposed voir dire Questions, and Jury Instructions due | 3/22/2024 | 5/28/2024 |
| Trial | 3/25/2024 | 6/3/2024 |

I certify that this memorandum contains 238 words, in compliance with the Local Civil Rules.

IT IS SO STIPULATED.

DATED this 12th day of July, 2023.

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Daniel M. Weiskopf
      Daniel M. Weiskopf, WSBA No. 49441

By: s/Matthew J. Campos
      Matthew J. Campos, WSBA No. 40777

600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
dweiskopf@mcnaul.com
mcampos@mcnaul.com

*Attorneys for Receiver*

SCHWABE WILLIAMSON & WYATT

By: s/Nicholas F. Aldrich, Jr.
      Nicholas F. Aldrich, Jr., WSBA No. 48473

1211 SW Fifth Avenue, Suite 1900
Portland, OR 97204
(503) 222-9981
naldrich@schwabe.com

AND
Joseph A. Meckes (admitted *Pro Hac Vice*)
Squire Patton Boggs LLP
475 Sansome Street, 16th Floor
San Francisco, CA 94111
(415) 954-0200
joseph.meckes@squirepb.com

STIP. MOTION AND ORDER TO CONTINUE TRIAL
AND RELATED DATES (No. 2:21-cv-00663-RSM) – Page 2

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

| | |
|---|---|
| 1 | Marisol C. Mork (admitted *Pro Hac Vice*) |
| 2 | Squire Patton Boggs LLP |
|   | 555 S. Flower Street, Suite 3100 |
| 3 | Los Angeles, CA 90071 |
|   | (213) 624-2500 |
| 4 | marisol.mork@squirepb.com |
| 5 | *Attorneys for Smartco International (HK) Limited,* |
|   | *Eternal East (HK) Limited, Smartco International* |
| 6 | *(Asia) Limited, Eternal East (HK) Limited* |

STIP. MOTION AND ORDER TO CONTINUE TRIAL
AND RELATED DATES (No. 2:21-cv-00663-RSM) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## II. ORDER

Based on the Parties' Stipulation, which establishes good cause, the Court HEREBY EXTENDS the deadlines as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) | 10/02/2023 | 12/8/2023 |
| All Non-Dispositive Motions must be filed by | 10/25/2023 | 1/2/2024 |
| Discovery must be completed by | 11/30/2023 | 2/5/2024 |
| All Dispositive Motions must be filed by | 12/29/2023 | 3/5/2024 |
| 39.1 Mediation to be Completed | 2/16/2024 | 4/23/2024 |
| All Motions in Limine must be filed by | 2/29/2024 | 5/6/2024 |
| Agreed Pretrial Order due | 3/15/2024 | 5/21/2024 |
| Trial Briefs, Proposed voir dire Questions, and Jury Instructions due | 3/22/2024 | 5/28/2024 |
| Trial | 3/25/2024 | 6/3/2024 |

The above-referenced dates shall supersede Docket No. 75. Trial in this matter is hereby continued from March 25, 2024, to June 3, 2024.

IT IS SO ORDERED.

DATED this 14th day of July, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIP. MOTION AND ORDER TO CONTINUE TRIAL AND RELATED DATES (No. 2:21-cv-00663-RSM) – Page 4

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren pllc
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816