Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESPRESSO SUPPLY, INC., a Washington corporation,<br><br>    Plaintiff,<br>  v.<br><br>SMARTCO INTERNATIONAL (HK) LIMITED, a limited liability company organized under the laws of Hong Kong; ETERNAL EAST (HK) LIMITED, a limited liability company organized under the laws of Hong Kong,<br><br>    Defendants.<br><br>SMARTCO INTERNATIONAL (ASIA) LIMITED, a corporation organized under the laws of the British Virgin Islands; ETERNAL EAST (HK) LIMITED, a corporation organized under the laws of Hong Kong,<br><br>    Counter Claimants,<br>  v.<br><br>ESPRESSO SUPPLY, INC., a Washington corporation,<br><br>    Counter Defendant. | No. 2:21-cv-00663-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**March 6, 2024** |

STIPULATION AND ORDER OF DISMISSAL ORDER (Case No. 2:21-cv-00663-RSM)

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren pllc
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs and Counterclaim defendants Smartco International (Asia) Ltd., Smartco International (HK) Ltd. and Eternal East (HK) Ltd. through their counsel of record and Espresso Supply, Inc., through its Receiver and its counsel of record, hereby stipulate that all claims and counterclaims alleged in this action shall be and hereby are dismissed with prejudice, with each party bearing its own fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED March 6, 2024.                                  DATED March 6, 2024.

MCNAUL EBEL NAWROT & HELGREN PLLC,

By: *s/ Matthew J. Campos*
Daniel M. Weiskopf, WSBA No. 44941
Matthew J. Campos, WSBA No. 40777
McNaul Ebel Nawrot & Helgren PLLC,
600 University Street, Suite 2700,
Seattle, Washington 98101
(206) 467-1816
dweiskopf@mcnaul.com
mcampos@mcnaul.com

*Attorneys for Receiver*

SCHWABE WILLIAMSON & WYATT

By: *s/ Nika Aldrich*
Nika Aldrich, WSBA No. 48473
1420 5th Ave., Suite 3400
Seattle, WA 98101-2339
(503) 796-2494
naldrich@schwabe.com
daldred@schwabe.com
sburnside@schwabe.com

SQUIRE PATTON BOGGS LLP
Joseph A. Meckes (*Pro Hac Vice*)
555 California Street, Ste. 550
San Francisco, CA 94104
(415) 954-0200
joseph.meckes@squirepb.com

SQUIRE PATTON BOGGS LLP
Marisol C. Mork (*Pro Hac Vice*)
555 S. Flower Street, Suite 3100
Los Angeles, CA 90071
(213) 624-2500
marisol.mork@squirepb.com
consuelo.lopez@squirepb.com
edward.pavese@squirepb.com
john.golembiewski@squirepb.com

*Attorneys for Defendants*

STIPULATION AND ORDER OF DISMISSAL
(Case No. 2:21-cv-00663-RSM) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 | DATED this 11th day of March, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
(Case No. 2:21-cv-00663-RSM) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816